PETER D. KEISLER
Assistant Attorney General
STEPHEN M. KETYER
Trial Attorney
Aviation & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Tel. (202) 616-4034
Fax (202) 616-4159

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEBRA CORRA and ANTHONY LAVIGNANI,          :
individually as Parents and Natural Guardians of   :        07 CV 4110 (LAK)
ANTHONY LAVIGNANI, an Infant,                :
                                             :        IN ADMIRALTY
              Plaintiffs,                     :
                                             :
       vs.                                    :
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
              Defendant.                      :
-----------------------------------------------------------------x

<u>(Proposed) ORDER</u>

THIS MATTER, having come before the Court on motion of Defendant United

States of America ("United States"), and the Court having considered the memoranda

submitted by the parties, and the oral argument of the parties, and for other good cause

shown; now, therefore, it is on this _____ day of _____, 2007,

ORDERED that the United States motion to transfer venue is (GRANTED) (DENIED), and it is

FURTHER ORDERED that the clerk of the Court transfer this civil action, as soon as is practicable, to the United States District Court for the Middle District of Florida.


_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE