IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF NEW YORK
ADMIRALTY DIVISION

| | | |
|---|---|---|
| DEBRA CORRA and | ) | |
| ANTHONY LAVIGNANI, individually and as | ) | |
| Natural Parents and Guardians of | ) | C/A No. 1:07-cv-04110-LAK |
| ANTHONY LAVIGNANI, an infant, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Donald Williams state as follows:

1. I am of sound mind, capable of making this declaration, and I have a personal knowledge of the facts herein stated.

2. I was the ship's final Office Manager for its Legal Office on USS KENNEDY (CV 67), a public vessel owned by the United States and operated by federal employees, until the ship was recently decommissioned and no longer warranted the assignment of legal office staff.

3. On May 25, 2007, the USS KENNEDY (CV 67) was in the vessel's home port which was Mayport, Florida.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

DATED this 20th day of August 2007.

Donald Williams
Legalman Chief Petty Officer
U.S. Navy

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to and subscribed before me this 20th day of August 2007 by LNC Donald J. Williams.

ROBERT E. MEURY JR.

ROBERT E. MEURY JR.
Notary Public, State of Florida
My comm. exp. May 3, 2008
Comm. No. DD 315805

X Personally known

**EXHIBIT**

B