UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBRA CORRA, et ano., etc.,

                      Plaintiffs,

        -against-                                              07 Civ. 4110 (LAK)

UNITED STATES OF AMERICA,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

       Defendant's unopposed motion to transfer this action to the Middle District of Florida pursuant to Fed. R. Civ. P., 12(b)(3), 46 U.S.C. § 31104(a), and 28 U.S.C. § 1406(a) is granted.

       SO ORDERED.

Dated:       September 26, 2007

                                                                       Lewis A. Kaplan
                                                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
     !D  9/27/07
```